# EXHIBIT B



**versace** · Follow

**versace** Party in print · @jlo at the #VMAs after party in a Signature print mix leggings and silk shirt look with Barocco accents #VersaceCelebrities

i_am_lamina_laffur @jlo girl you better work that Versace baby i'm always here for it
aminaaaaaz34 @khiamakhams
mytienmimihuynh Wow awesome
belluccoraffaele
mickeychauhan dashing
iamsandbooms @raunnie this is perfect for back to school night
naunnie @iamsandbooms yes... didn't know if it was too matchy, but you convinced me
iamsandbooms @naunnie i mean it's sitting

135,994 likes

Log in

Instagram

Log In  Sign Up

**versace** · Follow

Versace Party in print @jojo at the #VMAs after party in a Signature print mix leggings and silk shirt look with Barocco accents. #VersaceCelebrities

**i_am_jamma_tattur** @jojo girl you better work that Versace baby I'm always here for it!

**ammaaaaaz34** @akhlamalioluma

**mytiennmimihuynh** Wow awesome

**belluccoraffaele**

**mickeychauhan** dashing

**iamsandbooms** @ivaunnie this is perfect for back to school night

**naunnie** @iamsandbooms yes... didn't know if it was too matchy, but you convinced me

**iamsandbooms** @naunnie I mean it's sitting

135,994 likes

Log in



ABOUT US  SUPPORT  PRESS  API  JOBS  PRIVACY  TERMS  DIRECTORY  PROFILES  HASHTAGS  LANGUAGE